UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE D. JOHNSON, JR.,<br><br>     Plaintiff,<br><br>     v.<br><br>SALVATION ARMY, RUSSELL MOORE, CDC GOV COVID-19, VICE PRESIDENT KAMALA HARRIS, ANGELA BYERS, JOE BIDEN, TRUMP, PRESIDENT OBAMA, and QUEEN ELIZABETH,<br><br>     Defendants. | Case No. 21-cv-376-JPG |

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  April 28, 2021**

                                        **MARGARET M. ROBERTIE, Clerk of Court**

                                        **s/ Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**